| Huerfano Combined Courts, 401 Main St. Suite 304<br>Walsenburg CO 81089 | DATE FILED: July 30, 2015 8:28 AM<br>FILING ID: 103268769FAE8<br>CASE NUMBER: 2015CV30037 |
|---|---|
| **Plaintiff:** George Walker<br><br>v.<br><br>**Defendants:** **Vince Suazo**, Walsenburg Police Captain and **Kevin Stoner**, Deputy District Attorney for Colorado's Third Judicial District, in their individual capacities | ▲       ▲ |
| Attorney's Name and Address:<br>**Janet Kinniry**<br>**Kinniry Law Office**<br>**PO Box 154**<br>**Gardner CO 81040**<br>kinnirylaw@gmail.com<br><br>Phone Number: 719 289 8889<br>FAX Number: None          Atty. Reg. # 021663 | Case Number:<br><br><br>Division:       Courtroom: |
| **COMPLAINT WITH JURY DEMAND** ||

COMES NOW PLAINTIFF GEORGE WALKER, by and through counsel, and makes the following complaint.

1. Plaintiff is a resident of Huerfano County.

2. On information and belief, Vince Suazo is a resident of Huerfano County.

3. On information and belief, Kevin Stoner is a resident of Huerfano County.

4. The Huerfano District Court has personal jurisdiction over all defendants.

5. The Huerfano District Court has jurisdiction over the subject matter of this Complaint.

EXHIBIT A

1

6. Venue is proper in Huerfano County.

7. Vince Suazo is a Captain of the City of Walsenburg Police Department.

8. Kevin Stoner is an attorney, licensed to practice law in Colorado.

9. Kevin Stoner is a Deputy District Attorney in Colorado's Third Judicial District.

10. On April 15, 2015, Michael Brown, who works for Colorado's Division of Wildlife as a Certified Peace Officer, came to the Walsenburg Police Department.

11. Michael Brown met with Captain Suazo.

12. In his meeting with Captain Suazo, Michael Brown made the following statements.

>   a. On April 15, 2015, Michael Brown went to the Pawn Shop in Walsenburg, Colorado.
>
>   b. He spoke with Joe Kancilia, the owner of the Pawn Shop.
>
>   c. Joe Kancilia stated that "about the last of March," Plaintiff George Walker came into the Pawn Shop and he was mad at the Game and Fish for chasing elk.
>
>   d. Plaintiff George Walker stated to Joe Kancilia that he was going to shoot the chopper down and kill everyone inside.
>
>   d. Joe Kancilia stated that on April 10, 2015, Plaintiff George Walker came back in and said he was going to shoot Mike Brown for chasing elk once again.
>
>   e. Joe Kancilia told Plaintiff George Walker to let it go but George Walker got pissed and said, "no way."
>
>   f. Joe Kancilia opined that George Walker made it sound like was laying for Mike Brown on the road.
>
>   g. Joe Kancilia opined that "this guy is half nuts."

      h. A customer, George Hudrun, was in the Pawn Shop on April 10, 2015.

      i. George Hudrun said that George Walker bough a rifle scope and then started in about the new warden, Mike Brown.

      j. Mr. Hudrun heard George Walker say that he would kill Mike Brown by shooting down the helicopter that scared elk while they were being hunted by George Walker and his partners in January 2015.

      k. George Walker said that he was going to kill "that motherfucker" by shooting down the helicopter.

      l. Michael Brown said he was in a helicopter checking the area for illegal activity during hunting season.

      m. Michael Brown said he does not know George Walker and has never had cases involving him.

*See Exhibit A to the Complaint, Narrative by Captain V. Suazo, April 16, 2015.*

13. Michael Brown asked Joe Kancilia and George Hudrun to write out their statements on Division of Wildlife forms and he delivered them to Captain Vince Suazo. *See Exhibit B to the Complaint, Voluntary Statement of Joe Kancilia and Exhibit C to the Complaint, Voluntary Statement of George Hudrun.*

14. On April 16, 2015, solely on the basis of the information provided by Michael Brown, Captain Vince Suazo applied for a warrant to arrest Plaintiff George Walker for the crime of *Felony Menacing,* in violation of Colorado Revised Statute Section 18-3-201(1)(B), a Class Five Felony. *See Exhibit D to the Complaint, Walsenburg Police Department Affidavit for Arrest Warrant.*

15. Prior to filing the application for the arrest warrant with the court, Captain Suazo delivered it to Deputy District Attorney Kevin Stoner for review.

16. After Deputy District Attorney Kevin Stoner reviewed and initialed the application for search warrant. Captain Suazo filed it with the court. *See Exhibit D.*

17. On April 16, 2015, Honorable Judge Gary Stork issued the arrest warrant for Plaintiff George Walker. *See Exhibit E, Arrest Warrant.*

18. Captain Suazo and other Walsenburg Police officers arrested Mr. Walker on April 16, 2015.

19. Honorable Judge Stork imposed a $5000 cash-only bond, scheduled Mr. Walker's first appearance for May 11, 2015 and ordered the People to file charges by May 11, 2015.

20. On May 8, 2015, Deputy District Attorney Kevin Stoner filed a motion for *Nolle Prosequi,* moving the court to enter a *Nolle* because insufficient evidence existed to prove the case beyond a reasonable doubt. *Exhibit F, Motion for Nolle Prosequi*

21. On May 11, 2015, Honorable Judge Appel entered the *Nolle*.

22. Unable to post the $5000 cash-only bond, Mr. Walker remained in custody in the Huerfano County Jail from April 16, 2015 to May 11, 2015.

23. The facts set forth in Captain Suazo's Affidavit, accepted as true, were insufficient as a matter of law to justify plaintiff's arrest for Felony Menacing.

## Count 1

### 42 U.S.C. § 1983

24. Paragraphs 1- 23 are incorporated herein as though fully set forth.

25. Plaintiff Walker has a right guaranteed by the Fourth Amendment to the United States Constitution to be free from unreasonable seizure.

26. Defendants Suazo and Stoner violated Plaintiff's right to be free from unreasonable seizure.

27. Plaintiff Walker has a right guaranteed by First Amendment to the United States Constitution to freedom of speech.

28. Defendants Suazo and Stoner violated Plaintiff's right to freedom of speech.

29. Defendants Suazo and Stoner exhibited reckless disregard for Plaintiff's well-established constitutional rights.

30. Pursuant to 42 U.S.C. § 1983, Defendants Suazo and Stoner are liable to Plaintiff for redress of these constitutional violations.

WHEREFORE Plaintiff prays the court to award compensatory damages, punitive damages, attorneys' fees, costs, interests and all other just relief.

### JURY DEMAND

31. Plaintiff requests a statutory jury to try all issues.

Respectfully Submitted:

*Original Signature of
Janet Kinniry on File
at Kinniry Law Office.*

_____

Janet Kinniry

| | |
|---|---|
| Case Number | 15-0823 |

**Address:**
810 PENNSYLVANIA AVE

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| WALSENBURG | CO | 81089 | | |

**Phones:**
(HOME) 719-738-2109

DATE FILED: July 30, 2015 8:28 AM
FILING ID: 103268769FAE8
CASE NUMBER: 2015CV30037

**Narrative text**

On 4/15/15 at about 1800 hours Mike Brown (6/11/86) with the Colorado Department of Wildlife (Certified Peace Officer) came to the Walsenburg Police Department.

Officer Brown stated he got a phone call from Joe Kancilia. Officer Brown said Kancilia wanted him to go down to the pawn shop to speak with him (434 W. 7th St, City of Walsenburg, County of Huerfano, state of Colorado). Officer Brown said he got a written statement from Kancilia stating a male by the name of George Walker (8/11/45) came into the store (434 W. 7th St.) on April 10, 2015. In Kancilia's statement, "in a very mean voice that he was going to shoot the chopper down and kill everyone inside", "he was going to go shoot mike brown for chasing elk". Kancilia also wrote in his statement "he was going to shoot them 2 or 3 times". Officer Brown stated there was a customer in the store when Walker was making all these threats. The customer is George Hudran. George also wrote a statement, in his statement "the new warden mike, that he would kill him by shooting down the helicopter that scared elk while he was hunting", "he repeated his threats many times over, he was going to kill him (that mother fucker) by shooting down helicopter".

Both witnesses felt fearful for the safety of Officer Mike Brown and notified him of the incident. Officer Brown stated he was in a helicopter checking the area for any illegal activity during the hunting season. Officer Brown said he does not know George Walker and has never had any cases involving George Walker.

Officer Brown stated he takes the threat serious and does fear for his life. Officer Brown wants to assist with prosecution.

An arrest warrant will be issued.

This case is closed by arrest.

EOR.

| Prepared by: | Submitted Date |
|---|---|
| CAPTAIN V. SUAREZ(suarezv) | 04/16/2015 1:23 PM |
| Signature | Reviewed By/Date |
| | CAPTAIN V. SUAREZ 04/16/2015 2:23 PM |

EXHIBIT A TO COMPLAINT / 7




**COLORADO DIVISION OF WILDLIFE**
# VOLUNTARY STATEMENT

15-6823
(s) Walker

DATE FILED: July 30, 2015 8:28 AM
FILING ID: 103268769FAE8
CASE NUMBER: 2015CV30037

I, Joe Kancilia, DOB 6-27-54, do hereby give the following written statement freely and voluntarily to Mike Brown, who has been identified to me as a Colorado Wildlife Officer.

On about the last of March George Walker came into the shop and was mad at the Game & Fish for chasing elk. He said in a very mean voice that he was going to shoot the chopper down and kill everyone inside. I kinda looked at him and said OK. On 4-10-15 George came back in and said he was go to shoot Mike Brown for chasing elk once again. George made it sound like he was laying for Mike on road. I told George let it go. George got pissed and said no way. I called Mike Brown on 4-14-15 told him I needed to talk to him. I told him the story and he said he would take care of it. Mike is a young man and I feared for his safety. I believe this guy is half nuts. George said he was going to shoot them 2 or 3 times in my store.

I have read this statement consisting of 1 page(s) and have initialed all corrections and pages. I solemnly swear that this statement is true and correct to the best of my knowledge and belief. No threats, promises, favors or offers of leniency have been made to me.

AFFIANT Name: Joe Kancilia   Signature: [signed]   Date: 4-16-15

Subscribed and sworn to before me this 15th day of April, 2015
WITNESS Name: MICHAEL D BROWN   Signature: Michael D Brown #122

RECEIVED
APR 20 2015

Page 1 of 1

Revised 7/9/2010

15

DISTRICT ATTORNEYS OFFICE

**EXHIBIT B TO COMPLAINT**



COLORADO DIVISION OF WILDLIFE
# VOLUNTARY STATEMENT

19-0823

DATE FILED: July 30, 2015 8:28 AM
FILING ID: 103268769FAE8
CASE NUMBER: 2015CV30037

I, GEORGE HUDRAN DOB 10-9-44 do hereby give the following written statement freely and voluntarily to MIKE BROWN who has been identified to me as a Colorado Wildlife Officer.

On about April 1@ 2015 I was in the Pawn Shop in Walsenburg and this gentleman (George) came in and bought a Rifle Scope and then started in about the new Warden (Mike) that he would kill him by shooting down the Helicopter that scared elk while been hunted by (George) and his Partners in Jan./2015. - And he repeated his threats many times over at this encounter.
He was going to kill him (that mother f-ker) by shooting down Helicopter.

I have read this statement consisting of 1 page(s) and have initialed all corrections and pages. I solemnly swear that this statement is true and correct to the best of my knowledge and belief. No threats, promises, favors or offers of leniency have been made to me.
AFFIANT Name George Hudray  Signature GEORGE HUDRAN  Date APRIL 15 2015

Subscribed and sworn to before me this 15 day of APRIL, 20 15
WITNESS Name MICHAEL D BROWN  Signature Michael D Brown

Page 1 of 1

Revised 7/9/2010

14

EXHIBIT C TO COMPLAINT

| ☐ County Court    ☒ District Court    ☐ Juvenile Court  Huerfano County, Colorado  County Courthouse, 401 Main St. Ste. 304, Walsenburg, CO 81089 | DATE FILED: July 30, 2015 8:28 AM  FILING ID: 103268769FAE8  CASE NUMBER: 2015CV30037  DATE FILED: April 10, 2015  CASE NUMBER: 2015CR22 |
|---|---|
| Plaintiff: People of the State of Colorado vs.  Defendant: GEORGE ALBERT WALKER | Court Use Only |
|  | Case Number:  2015 CR 22  WPD Case Number: 15-0823 |

**Walsenburg Police Department Affidavit for Arrest Warrant**

**Arrestee Data:**

Last Name: WALKER
First Name: GEORGE ALBERT
Home Address: 638 MADISON AVE
City: WALSENBURG
State: CO
ZIP: 81089
Sex: MALE
DOB: 8/11/1946
Race: WHITE

Height: 5'9
Weight: 235
Hair: BLONDE
Eyes: BLUE
Social Security Number:
Driver's License Number:
Driver's License State: CO
Arrest No:
WPD Case Number: 15-0823
Officer/Affiant: SUAREZ

**Victim Data:**

Last Name: BROWN
First Name: MIKE
Sex: MALE
DOB:
Height: 5'8
Weight: 177
Eyes: HAZEL

Hair: BROWN
Home Address:
City: PUEBLO
State: CO
ZIP: 81005
Home Phone:
Work Phone:

EXHIBIT D TO COMPLAINT

| ☐ County Court   ☒ District Court   ☐ Juvenile Court | |
|---|---|
| Huerfano County, Colorado<br>County Courthouse, 401 Main St. Ste. 304, Walsenburg, CO 81089 | |
| Plaintiff: People of the State of Colorado vs.<br><br>Defendant: GEORGE ALBERT WALKER | **Court Use Only** |
| | Case Number:<br><br>2015 CR 22<br><br>WPD Case Number: 15-0823 |

### Request for Issuance of Arrest Warrant

Comes now the affiant, **V. SUAREZ**, an officer of the Walsenburg Police Department which is located within the 3rd Judicial District of Colorado, and requests that this Court issue an Arrest Warrant for the Defendant pursuant to Rule 4.2 of the Colorado Rules of Criminal Procedure, and shows the Court as follows:

In support of a request for the issuance of a warrant for the arrest of **GEORGE ALBERT WALKER**, DOB: **08/11/1946**, herein after referred to as "the Defendant", the affiant, **V. SUAREZ**, being duly sworn under oath, deposes and says:

That affiant has knowledge of the following facts from which there is probable cause to believe that the offense hereinafter described was committed by the Defendant as charged in the attached instrument in the County of Huerfano, State of Colorado, to-wit:

### Exhibit "A" Affidavit

WPD Case No: **15-0823**
Affiant, being first duly sworn upon his oath, states that the crime(s) of

**MENACING** in violation of **18-3-206 (1)(B)(F5)**,CRS

has/have been committed.

Affiant states that s/he is presently employed as a police officer by the Walsenburg Police Department, and was so employed on **04/16/2015.**

On 4/15/15 at about 1800 hours Mike Brown (6/11/86) with the Colorado Department of Wildlife (Certified Peace Officer) came to the Walsenburg Police Department.

Officer Brown stated he got a phone call from Joe Kancilia. Officer Brown said Kancilia wanted him to go down to the pawn shop to speak with him (434 W. 7th St, City of Walsenburg, County of Huerfano, state of Colorado). Officer Brown said he got a written statement from Kancilia stating a male by the name of George Walker (8/11/46) came into the store (434 W. 7th St.) on April 10, 2015. In Kancilia's statement, "in a very mean voice that he was going to shoot the chopper down and kill

EXHIBIT D TO COMPLAINT

2015 CR 22

everyone inside", "he was going to go shoot mike brown for chasing elk". Kancilia also wrote in his statement "he was going to shoot them 2 or 3 times". Officer Brown stated there was a customer in the store when Walker was making all these threats. The customer is George Hudran, George also wrote a statement, in his statement "the new warden mike, that he would kill him by shooting down the helicopter that scared elk while he was hunting", "he repeated his threats many times over, he was going to kill him (that mother fucker) by shooting down helicopter".

Both witnesses felt fearful for the safety of Officer Mike Brown and notified him of the incident. Officer Brown stated he was in a helicopter checking the area for any illegal activity during the hunting season. Officer Brown said he does not know George Walker and has never had any cases involving George Walker.

Officer Brown stated he takes the threat serious and does fear for his life. Officer Brown wants to assist with prosecution.

I respectfully request an arrest warrant for George Albert Walker DOB: 8/11/1946 for Felony Menacing.

EXHIBIT D TO COMPLAINT

| ☐ County Court        ☒ District Court        ☐ Juvenile Court | |
|---|---|
| Huerfano County, Colorado<br>County Courthouse, 401 Main St. Ste. 304, Walsenburg, CO 81089 | |
| Plaintiff: People of the State of Colorado vs.<br><br>Defendant: GEORGE ALBERT WALKER | **Court Use Only** |
| | Case Number:<br><br>2015 CR 22<br><br>WPD Case Number: 15-0823 |

Further affiant sayeth naught.

reviewed
Kurt Stoeber
4-16-15

_____
Affiant

Subscribed and sworn to before me this 16th day of April, 2015.

_____
Andrea L. Hoegg
Notary Public

My Commission Expires  03/03/2019

**ANDREA L. HOEGG**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20114013246**
**MY COMMISSION EXPIRES 03/03/2019**

_____
Judge

4/16/2015 at 2:26 pm
Date/Time

EXHIBIT D TO COMPLAINT

| ☐ County Court    ☒ District Court    ☐ Juvenile Court | |
|---|---|
| Huerfano County, Colorado<br>County Courthouse, 401 Main St. Ste. 304, Walsenburg, CO 81089 | DATE FILED: April 10, 2015 8:32 AM<br>FILING CASE NUMBER: 2015CR22<br>CASE NUMBER: 2015CV30037 |
| Plaintiff: People of the State of Colorado vs.<br>Defendant: GEORGE ALBERT WALKER | **Court Use Only** |
|  | Case Number:<br>2015 CR 22<br>WPD Case Number: 15-0823 |

## WARRANT FOR ARREST OF DEFENDANT

FROM: THE PEOPLE OF THE STATE OF COLORADO

TO: ANY PERSON AUTHORIZED BY LAW TO EXECUTE WARRANTS WITHIN THE STATE OF COLORADO, GREETINGS:

Pursuant to Rule 4.1, Colorado Rules of Criminal Procedure, you are hereby commanded to arrest GEORGE ALBERT WALKER, Date of Birth: 8/11/1946, for the offense of: MENACING, 18-3-206 (1)(B)(F5) C.R.S., and bring him without unnecessary delay before the nearest judge of a court of record to answer.

DATE/TIME: 4/16/2015/2:26pm

BAIL: $5000.00 cash only

JUDGE _____

STATE OF COLORADO  )
COUNTY OF                  )

**RETURN OF SERVICE**

I duly served the within warrant by arresting _____

as required therein, on the _____ day of _____, _____.

FEES:    Service $_____
         Mileage $_____
         Return   $_____
         Total    $_____

_____
SHERIFF

EXHIBIT E TO COMPLAINT

| | |
|---|---|
| **DISTRICT COURT, HUERFANO COUNTY**<br>**STATE OF COLORADO**<br>401 MAIN STREET, SUITE 304<br>WALSENBURG, COLORADO 81089<br>Phone: (719) 738-1040 Fax: (719) 738-1267 | DATE FILED: July 8, 2015 8:26 AM<br>FILING ID: 1B9268769E3068D<br>CASE NUMBER: 2015CR22037 |
| **PEOPLE OF THE STATE OF COLORADO,**<br>Plaintiff,<br><br>vs.<br><br>**GEORGE WALKER, Defendant** | |
| Frank E. Ruybalid, DA AR#18448<br>Kevin Stoner, DDA AR#42212<br>Attorneys for Plaintiff<br>Third Judicial District Attorney's Office<br>323 Main Street<br>Walsenburg, Colorado 81089<br>Phone: (719) 738-1510 Fax:(719) 738-1091 | Case Number:<br><br>**2015CR22**<br><br><br>Div.: D |
| **NOLLE** | |

    COMES NOW FRANK RUYBALID, District Attorney within and for the Third Judicial District of the State of Colorado, in and for the County of Huerfano, State aforesaid, by and through Deputy District Attorney Kevin Stoner, in the name and by the authority of the People of the State of Colorado; and requests this Honorable Court to enter a Nolle with regard to the above entitled action for the reason that:

- There is insufficient evidence to prove the case beyond a reasonable doubt.

    DATED this 8th day of May, 2015.

                                          Respectfully submitted,

                                          FRANK RUYBALID, #18448<br>                                          DISTRICT ATTORNEY

                                          <u>Signature on file at the District Attorney's Office</u><br>                                          KEVIN STONER, DDA AR #42212

**EXHIBIT F TO COMPLAINT**

**CERTIFICATE OF SERVICE**

*The undersigned hereby certifies that on this 8th day of May, 2015, a true and correct copy of the **NOLLE** was e-filed to: Defendant or, Attorney for Defendant.*

Signature on file at the District Attorney's Office
*Administrative Assistant, District Attorney's Office*

EXHIBIT F TO COMPLAINT