RECEIVED AUG 0 3 2015

| | |
|---|---|
| Huerfano Combined Courts, 401 Main St. Suite 304<br>Walsenburg CO 81089 | DATE FILED: September 2, 2015 9:44 PM<br>FILING ID: 66200B6AAF639<br>CASE NUMBER: 2015CV30037 |
| Plaintiff:   George Walker<br>v.<br>Defendants:   Vince Suarez, Walsenburg Police Captain and Kevin Stoner, Deputy District Attorney for Colorado's Third Judicial District, in their individual capacities | |
| Attorney's Name and Address:<br>Janet Kinniry<br>Kinniry Law Office<br>PO Box 154<br>Gardner CO 81040<br>kinnirylaw@gmail.com<br>Phone Number:  719 209 8869<br>FAX Number:  None          Atty. Reg. # 021863 | Case Number:<br>2015CV30037<br><br>Division:          Courtroom: |

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT: VINCE SUAREZ**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: July 31, 2015        Original Signature on File at Office of Janet Kinniry

JANET KINNIRY
Attorney for Plaintiff

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain a case number if the plaintiff files the case within this time. then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.


EXHIBIT F



# BRUCE NEWMAN ★ Huerfano County Sheriff
500 Albert Street • Walsenburg, CO 81089 • Ph. (719) 738-1600 • Fax (719) 738-8676

DATE August 24, 2015

## RETURN OF SERVICE

STATE OF COLORADO

COUNTY OF HUERFANO

I, Sgt. Craig Lessar, a Sheriff's Deputy in and for said County and State do hereby certify that I have served the within complaint, summons, order, citation, subpoena, petition, and/or other writ by handing to Vince Suarez personally at Huerfano County Sheriff's Office, 500 S. Albert St., Walsenburg, CO. 81089, at 2:12 P.M.

a true copy/copies of the summons and complaint and that said service was made in the County of Huerfano, State of Colorado, on this 20 day of August, 20 15.

SHERIFF

DEPUTY

Subscribed and sworn to before me on this 24th day of August, 20 15.

My commission expires: 06-21-2019

NOTARY PUBLIC

MELANIE PETTIE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954009454
MY COMMISSION EXPIRES JUNE 21, 2019

RECORD OF SERVICE
HUERFANO COUNTY SHERIFF'S OFFICE
500 S. ALBERT ST.
WALSENBURG, COLORADO 81089
719/738-1600

================================================================

**PLAINTIFF:** GEORGE WALKER

**VS.**

**DEFENDANT:** KEVIN STONER, D.D.A., THIRD JUDICIAL DISTRICT

**RECEIVED FROM:** KINNIRY LAW OFFICE, PO BOX 154, GARDNER, CO 81040
719-289-8889

| WHEN RECEIVED: | | | DATE SERVED: | | | WHEN RETURNED: | | |
|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| 08 | 03 | 15 | 08 | 20 | 15 | 08 | 25 | 15 |

**Kind of Process:** SUMMONS

**BY WHOM SERVED:** SGT. CRAIG LESSAR

**IN WHAT COURT:** HUERFANO

**UPON WHOM PAPERS WERE SERVED:** CAPT. VINCE SUAREZ

================================================================

| CHARACTER OF PROCESS | ACCOUNT |
|---|---|
| COST OF SERVICE: | $ 15.00 |
| MILEAGE FEE: | |
| NOTARY/OTHER FEES: | |
| PREPAID: | |
| PAID BY CHECK NO.: | |
| BILLED: 08-25-2015 | |
| | PLEASE PAY: $ 15.00 |
| DOCKET/FILE NO: 15CV30037 | |

INVOICE NO. U-111

*To insure proper credit, please include our invoice number on all payments. Thank you.

**RECORD OF SERVICE**
**HUERFANO COUNTY SHERIFF'S OFFICE**
500 S. ALBERT ST.
WALSENBURG, COLORADO 81089
719/738-1600

DATE FILED: September 2, 2015 9:44 PM
FILING ID: 66200B6AAF639
CASE NUMBER: 2015CV30037

PLAINTIFF: GEORGE WALKER

VS.

DEFENDANT: KEVIN STONER, D.D.A., THIRD JUDICIAL DISTRICT

RECEIVED FROM: KINNIRY LAW OFFICE, PO BOX 154, GARDNER, CO 81040
719-239-8889

| WHEN RECEIVED: | DATE SERVED: | WHEN RETURNED: |
|---|---|---|
| MONTH DAY YEAR | MONTH DAY YEAR | MONTH DAY YEAR |
| 07 30 15 | 08 05 15 | 08 12 15 |

Kind of Process: SUMMONS

BY WHOM SERVED: UNDERSHERIFF DAVE MCCAIN

IN WHAT COURT: HUERFANO

UPON WHOM PAPERS WERE SERVED: DDA KEVIN STONER

CHARACTER OF PROCESS

ACCOUNT
COST OF SERVICE: $ 15.00
MILEAGE FEE:
NOTARY/OTHER FEES:

PREPAID:

PAID BY CHECK NO.:

BILLED:

PLEASE PAY: $ 15.00

DOCKET/FILE NO: *******

INVOICE NO. U-100

*To insure proper credit, please include our invoice number on all payments. Thank you.

RECEIVED JUL 3 0 2015

| | |
|---|---|
| Huerfano Combined Courts, 401 Main St. Suite 304<br>Walsenburg CO 81089 | |
| **Plaintiff:** George Walker<br>v.<br>**Defendants:** Vince Suazo, Walsenburg Police Captain and Kevin Stoner, Deputy District Attorney for Colorado's Third Judicial District, in their individual capacities | |
| Attorney's Name and Address:<br>Janet Kinniry<br>Kinniry Law Office<br>PO Box 154<br>Gardner CO 81040<br>kinnirylaw@gmail.com<br>Phone Number: 719 289 8885<br>FAX Number: None    Atty. Reg. # 021663 | Case Number:<br><br>Division:   Courtroom: |

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT: KEVIN STONER**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: July 30, 2015          *Original Signature on File at Office of Janet Kinniry*

JANET KINNIRY
Attorney for Plaintiff

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain a case number if the plaintiff files the case within this time. then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.



**BRUCE NEWMAN ★ Huerfano County Sheriff**

500 Albert Street · Walsenburg, CO 81089 · Ph. (719) 738-1600 · Fax (719) 738-3676

DATE  August 6, 2015

## RETURN OF SERVICE

STATE OF COLORADO

COUNTY OF HUERFANO

I, __David McCain__, a __Undersheriff__ in and for said County and State do hereby certify that I have served the within complaint, summons, order, citation, subpoena, petition, and/or other writ by __handing to DDA Kevin Stoner personally at the Huerfano County Sheriff's Office, 500 S. Albert St., Walsenburg, CO, 81089, at 4:00 P.M.__

a true copy/copies of the __summons & complaint__ and that said service was made in the County of Huerfano, State of Colorado, on this 5th day of __August__, 20 15.

SHERIFF

_____
DEPUTY

Subscribed and sworn to before me on this __6th__ day of __August__, 20 15.

My commission expires: __06-21-2019__

_Melanie Pette_
NOTARY PUBLIC

MELANIE PETTE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954009494
MY COMMISSION EXPIRES JUNE 21, 2019